*√# 629815   # 129269*

**FILED**

2010 FEB -4 PM 2:31

CLERK US
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                    *          CASE # 07-30142 W
                                     CHAPTER 13
                          *

Shawn B & Candace R Houseworth
Debtor                    *

### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to mail payments to them. Trustee voided returned disbursement checks from the United States Postal Service, "marked return to sender/unable to forward – box closed".

2. The balance of funds for the creditor in the amount of **$13.09** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "paid in full".

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 629288 | Time Warner Cable | 13.09 | 12/31/09 |
|  | 1266 Dublin Road |  |  |
|  | Columbus, Oh 43215 |  |  |

3. Your trustee's check #629815 for a total balance due of $13.09 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 1/28/10

John P. Gustafson
Trustee in Bankruptcy